UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>     Plaintiff,   )<br>   )<br>v.   )<br>   )<br>DEBBIE PONCE,   )<br>   )<br>     Defendant.   )<br>_____) | Case No. 08mj0539 |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

   United States Attorney's Office
   880 Front Street
   San Diego, CA  92101


Dated:  February 26, 2008         /s/ John C. Ellis, Jr.
                                  JOHN C. ELLIS, JR.
                                  Federal Defenders
                                  225 Broadway, Suite 900
                                  San Diego, CA 92101-5030
                                  (619) 234-8467  (tel)
                                  (619) 687-2666  (fax)
                                  john_ellis@fd.org